**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MICHAEL HERETICK**,

    **Plaintiff**,

**v.**                                                                        **Case No. 8:11-CV-2438-T-23TBM**

**PUBLIX SUPER MARKETS, INC.**

    **Defendant**.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 4, 2012. Plaintiff and his trial counsel and Defendant's corporate representative and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The case has been completely settled.</u>

Done April 4, 2012 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002   Fax: 813.874.1131
                                        email: meditr@aol.com

  I HEREBY CERTIFY that April 4, 2012 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                /s/ Peter J. Grilli
                Peter J. Grilli, Esq.